FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00103-CV

DESNI C. KRAMER                                          APPELLANT

V.

DARRELL D. BOWEN AND MARY                               APPELLEES
S. KENNEDY

------------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

------------

## ORDER

------------

On April 4, 2013, we sent the parties a letter suggesting that this case may be appropriate for referral to an alternative dispute resolution procedure. On April 13, 2013, appellees filed a written objection to the proposed referral. Because we have determined that there is a reasonable basis for the objection, we sustain the objection.

The clerk's record and reporter's record are due on or before **Friday, April 19, 2013**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk and the court reporter.

DATED April 15, 2013.

PER CURIAM